Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceeding Under Chapter 11 |
| Ryan Timothy Rippy<br>Brande Lynn Rippy | Case No. 09-02023 RTB |
| Debtors. | Adv. No. 09-00640 RTB |
| Ryan Timothy Rippy<br>Brande Lynn Rippy<br>          Plaintiffs.<br>v.<br>National City Mortgage and/or its assignees or successors<br>          Defendant. | COMPLAINT TO DETERMINE THE VALIDITY, PRIORITY OR EXTENT OF A LIEN OR OTHER INTEREST IN PROPERTY |

NOW COMES the Plaintiffs, Ryan Timothy Rippy and Brande Lynn Rippy, by and through counsel, to hereby state for their Complaint as follows:

1.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; 11 U.S.C. § 506(a), 11 U.S.C. § 1123(b)(5) and Rule 7001 et seq. Rules of Bankruptcy Procedure This is a

core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), 157(b)(2)(B) and 157(b)(2)(K).

2.

Plaintiffs reside in Gila County, Arizona and are the Debtors in the above captioned Chapter Eleven proceeding.

3.

Defendant, National City Mortgage , upon information and belief, is not licenced to do, write and make residential mortgage loans in the state of Arizona.

4.

Plaintiffs filed a voluntary Chapter11 petition on February 6, 2009 in the District of Arizona, Case No. 09-02023 RTB.

5.

Plaintiffs, at the time of the filing of their case, were the owner of certain real property located at 26703 North 90th Lane, Peoria, AZ 85383, AZ the ("Property") with a legal description as follows;

> Lot 71, Westwing Mountain Phase II, Parcel 19, According to Book 693 of Maps, Page 16, Records of Maricopa County, Arizona.

The Property is not the Debtors' principal residence but investment property that is tenant occupied.

6.

The Plaintiffs believe that the Property is worth $458,000.00 based on an appraisal dated February 15, 2009. A copy of the appraisal is attached hereto as Exhibit "A".

7.

The Property is subject to a first mortgage lien in favor of National City Mortgage ("NCM"). Upon information and belief, NCM became the holder of the first mortgage lien by virtue of an assignment from Mortgage Electronic Recording Service ("MERS") which was recorded on June 12, 2007. A copy of the Assignment in favor of NCM is attached hereto as Exhibit "B". The payoff to NCM as of February 9, 2009 was $745,887.49. A copy of the payoff statement from NCM is attached hereto as Exhibit "C".

8.

Plaintiff assert that the value of NCM's lien should be fixed at the value of the Property and to the extent that the amount owed to NCM is greater than the value of the Property, that amount is void.

**WHEREFORE**, Plaintiffs pray that this Honorable Court find in favor of the Plaintiffs and Order the following:

    a.    That the value of the Plaintiff's property is $458,000.00.

    b.    That the security interest of the Defendant be reduced from $785,000.00 to $458,000.00, the value of the property.

    c.    That the Order of this Court may be recorded and the same shall have the effect of voiding the lien on the public records to the extent that the Plaintiff's claim exceeds that value of the Property.

    d.    That this Order shall survive conversion to another Chapter or dismissal of this case.

    e.    That Plaintiffs recover any additional relief that this Court deems justified and appropriate.

    f.

RESPECTFULLY SUBMITTED, this 10th day of June, 2009.

                                                   ALLAN D. NEWDELMAN, P.C.

<u>/s/ Allan D. NewDelman</u>
Allan D. NewDelman, Esquire
Counsel for the Debtors/Plaintiffs

| | |
|---|---|
| 1 | A copy of the foregoing |
| 2 | mailed this 10th day of June, 2009, to: |
| 3 | |
| 4 | National City Bank<br>P.O. Box 8800 |
| 5 | Dayton, OH 45401-8800<br>Defendant |
| 6 | |
| 7 | Mark S. Bosco, Esquire<br>Tiffany & Bosco, P.A. |
| 8 | 2525 East Camelback Road<br>Suite 300 |
| 9 | Phoenix, AZ 85016<br>Chapter 11 Counsel for National City Mortgage |
| 10 | |
| 11 | Ryan Timothy Rippy and Brande Lynn Rippy<br>202 South Arroyo Drive |
| 12 | Payson, AZ 85541<br>Debtors/Plaintiffs |
| 13 | |
| 14 | |
| 15 | |
| 16 | /s/ R. Scott Graves<br>R. Scott Graves |
| 17 | Paralegal |