# EXHIBIT "A"

**Summary Appraisal Report**

# Uniform Residential Appraisal Report
File # 20139499/09vb

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address  26703 N. 90th Lane | City Peoria    State AZ    Zip Code 85383-4641 |
| Borrower Rippy, Ryan & Brande | Owner of Public Record  Rippy, Ryan & Brande    County Maricopa |

Legal Description  Lot 71; Westwing Mountain Phase 2 Parcel 19 MCR 693-16

| | | |
|---|---|---|
| Assessor's Parcel #  201-39-499 | Tax Year 2008 | R.E. Taxes $ 5,485.28 |
| Neighborhood Name  Westwing Mountain | Map Reference  45-03 | Census Tract 030375 |

Occupant ☐ Owner ☒ Tenant ☐ Vacant    Special Assessments $ 0.00    ☒ PUD   HOA $ 52.66   ☐ per year ☒ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)  Valuation

Lender/Client  Landstone Mortgage LLC    Address  21023 N. Cave Creek Road #1, Phoenix, AZ 85050

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).  Per MLS the subject is not currently listed. The subject was listed 11/9/2007-2/10/2008 for $899,900.

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  THIS REPORT IS FOR ANOTHER PURPOSE. THE SUBJECT IS NOT CURRENTLY FOR SALE

**CONTRACT**

Contract Price $ n/a    Date of Contract N/A    Is the property seller the owner of public record? ☒ Yes ☐ No  Data Source(s)  Public Records

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.    N/A

Note: Race and the racial composition of the neighborhood are not appraisal factors.

**NEIGHBORHOOD**

| Neighborhood Characteristics | | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☐ Stable ☒ Declining | PRICE | AGE | One-Unit | 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☐ In Balance ☒ Over Supply | $ (000) | (yrs) | 2-4 Unit | % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 137 Low | New | Multi-Family | % |
| Neighborhood Boundaries   The neighborhood is bound by  High Desert Drive to the North, 83rd Avenue to | | 725 High | 11 | Commercial | 5 % |
| the East, Pinnacle Vista Drive to the South and Lake Pleasant Road to the West. | | 250 Pred. | 6 | Other | 15 % |

Neighborhood Description   The subject is located in Peoria, a northwest suburb of Phoenix.  The subject subdivision consists of average quality tract type homes with average maintenance and appeal levels. Subject is near Highway 101, and Arrowhead Towne Center.  Residential support facilities are convenient.

Market Conditions (including support for the above conclusions)   GENERAL MARKET CONDITIONS WITHIN AND SURROUNDING THE DEFINED SUBJECT NEIGHBORHOOD APPEAR TO HAVE AN OVER SUPPLY OF ACTIVE HOMES ON THE MARKET, DECLINING SALES PRICES AND UNDERLYING PROPERTY VALUES.  THE ESTIMATED EXPOSURE AND MARKETING TIMES FOR THE SUBJECT PROPERTY IS APPROXIMATES 3-6 MONTHS.

**SITE**

| | |
|---|---|
| Dimensions Apx. 90 x 125 x 110 x 166 x 220 | Area  Apx. 26,639 sq ft    Shape Irregular/Cul de Sac    View Good/Mtn Views |

Specific Zoning Classification PAD-Planned Area of Developm  Zoning Description  Planned Area Development

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer ☒ | | | Alley  None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X500    FEMA Map # 04013C1160H    FEMA Map Date 9/30/2005

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe

None noted. An extraordinary assumption was made that there are no easements, restrictions, encumbrances, leases, reservations, covenants, contracts, declarations, special assessments, ordinances, or other items of similar nature.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls | ConcreteStmWl/Avg | Floors | 18inchDiaTile/Good |
| # of Stories  Two | ☐ Full Basement ☐ Partial Basement | Exterior Walls | Frame/Stucco/Avg | Walls | Pnt.Drywall/Good |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area none sq.ft. | Roof Surface | Concrete Tile/Averag | Trim/Finish | Painted Wood/Good |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish % | Gutters & Downspouts None | | Bath Floor | 18inch Tile/Good |
| Design (Style)  2 Story | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type | Dual Pane/Average | Bath Wainscot Tile/culMarbl/Good |
| Year Built  3yrs/2006 | Evidence of ☐ Infestation None Noted | Storm Sash/Insulated None | | Car Storage ☐ None |
| Effective Age (Yrs)  1yr | ☐ Dampness ☒ Settlement | Screens | Screens/Average | ☒ Driveway  # of Cars 3 |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities | Woodstove(s) # | Driveway Surface Concrete |
| ☐ Drop Stair ☐ Stairs | ☐ Other  Fuel Gas | ☒ Fireplace(s) # 1F | ☐ Fence Iron/Block | ☒ Garage  # of Cars 3/Garage |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck Cover | ☒ Porch Covered | ☐ Carport  # of Cars |
| ☐ Finished ☐ Heated | ☒ Individual ☐ Other | ☒ Pool pebble tec | ☒ Other RV Gate | ☒ Att. ☐ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:  10 Rooms   5 Bedrooms   4.5 Bath(s)   4,917 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).  18 inch tile throughout, custom paint, plantation shutters, fireplace, built in entertainment center, granite counters, upgraded 42 inch cabinets, stainless steel appliances, ceiling fans, glass block, cov porch and patio and balcony

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  No physical, functional or external inadequacies noted and no repairs or modernization needed. The subject was in good condition at the time of inspection. Quality of construction is average.  No remodeling needed no additions added. The pool is an overimprovement and is adjusted for in the cost approach.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

No physical deficiencies, or adverse conditions that that affect livability, soundness, or structural integrity of the property noted.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

Property generally conforms to the neighborhood with similar functional utility, style, condition, use, construction.

# Uniform Residential Appraisal Report

File # 20139499/09vb

| | | | | |
|---|---|---|---|---|
| There are | 5 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 395,000 | to $ 555,500 | |
| There are | 3 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 424,900 | to $ 610,000 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 26703 N. 90th Lane Peoria, AZ 85383-4641 | 26583 N. 90th Avenue Peoria, AZ. 85383 | | 26856 N. 90th Drive Peoria, AZ. 85383 | | 27453 N. 86th Lane Peoria, AZ. 85383 | |
| Proximity to Subject | | 1.04 miles NW | | 0.12 miles NW | | 0.62 miles NE | |
| Sale Price | $ n/a | $ 399,000 | | $ 424,900 | | $ 600,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 87.83 sq.ft. | | $ 86.41 sq.ft. | | $ 115.56 sq.ft. | |
| Data Source(s) | | MLS#2904353/dckt#080821877 | | MLS#3007358/dckt#080638804 | | MLS#2826483/dckt#08044356 | |
| Verification Source(s) | | Asn: 201-39-437/DOM 464 Days | | Asn: 201-39-489/DOM 21 days | | Asn: 201-37-276/DOM 363 days | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | Prevailing Rates | | Prevailing Rates | | Prevailing Rates | |
| Date of Sale/Time | | 9/23/2008 | | 7/22/2008 | | 9/30/2008 | |
| Location | Good | Good | | Good | | Superior/Gated | -15,000 |
| Leasehold/Fee Simple | Fee Simple | Fee | | Fee | | Fee | |
| Site | Apx. 26,639 sq ft | Apx. 10,4000 | +15,000 | Apx. 13,925 sqt | +13,000 | Apx. 14,580 sqft | +13,000 |
| View | Good/Mtn Views | Good/MntnView | | Good/MntnVies | | SupGood/Mntn | -55,000 |
| Design (Style) | 2 Story | 2 Story | | 2 Story | | 2 Story | |
| Quality of Construction | FrmSto/TleRf | FrmSto/TleRf | | FrmSto/TleRf | | FrmSto/TleRf | |
| Actual Age | 3yrs/2006 | 3yrs/2004 | | 4yrs/2005 | | 3yrs/2006 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 10 / 5 / 4.5 | 11 / 5 / 4.5 | | 10 / 5 / 4.5 | | 11 / 6 / 5.5 | -5,000 |
| Gross Living Area | 4,917 sq.ft. | 4,543 sq.ft. | +18,700 | 4,917 sq.ft. | 0 | 5,192 sq.ft. | -13,800 |
| Basement & Finished | none | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Refrig. | Refrig. | | Refrig. | | Refrig. | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 3/Garage | 3 Car Garage | | 3 Car Garage | | 3 Car Garage | |
| Porch/Patio/Deck | ExtCov/Patio/Ba | Cov/Patio | | Cov/Patio | | Cov/Patio | |
| Fireplace | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 2 Fireplaces | -3,500 |
| Pool | Pool/spa/Court | Pool/no spa | | No Pool/no spa | +5,000 | No Pool/No Spa | |
| Upg. Features | Upg. Features | Similar | | Similar | | Superior | -15,000 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 38,700 | ☒ + ☐ - | $ 33,000 | ☐ + ☒ - | $ -94,300 |
| Adjusted Sale Price | | Net Adj. 9.7 % | | Net Adj. 7.8 % | | Net Adj. 15.7 % | |
| of Comparables | | Gross Adj. 9.7 % | $ 437,700 | Gross Adj. 7.8 % | $ 457,900 | Gross Adj. 20.1 % | $ 505,700 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    MLS/Maricopa Tax Records
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    MLS & Maricopa Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 10/5/2006 | 4/3/2008 | 6/4/08 | 9/15/2006 |
| Price of Prior Sale/Transfer | $713,551 | $577,435 | Trustee sale | $973,661 |
| Data Source(s) | dckt#061321196 | dckt#060441303 | dckt#080495174 | dckt#061229052 |
| Effective Date of Data Source(s) | 2/15/2009 | 2/15/2009 | 2/15/2009 | 2/15/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales    The subject is not currently listed for sale. Comps 1 and 3 have sold
once in the past 12 months. Comp #2 was a foreclosure and re sold by the bank.

Summary of Sales Comparison Approach    See Comments under comp #4

Indicated Value by Sales Comparison Approach $  458,000

| | | |
|---|---|---|
| Indicated Value by: Sales Comparison Approach $ 458,000 | Cost Approach (if developed) $ 502,035 | Income Approach (if developed) $ N/A |

THE SALES COMPARISON ANALYSIS IS CONSIDERED THE MOST RELIABLE INDICATOR OF VALUE AS IT IS BASED ON ACTUAL ARMS-LENGTH MARKET TRANSACTIONS.  THE COST APPROACH ADDS GOOD SECONDARY SUPPORT, WHILE THE INCOME APPROACH IS NOT APPLICABLE DUE TO A LACK OF VIABLE RENTAL DATA.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  This valuation is not subject to any conditions or requirements.  Terms of sales on comps are typical for the neighborhood.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  458,000  , as of  2/15/2009  , which is the date of inspection and the effective date of this appraisal.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # 20139499/09vb

No marketing problems anticipated at the appraised value. The subject appraised value is above the predominant value but is not an overimprovement as evidence by the comparables used.

**SCOPE OF WORK:**

**The scope of this appraisal is not to provide a professional home inspection, roof inspection, termite inspection, environmental inspection, flood certification, mechanical inspection, plumbing inspection, or electrical inspection. The appraiser is not qualified to do a complete inspection in these areas of expertise and it is not in the scope of work to perform such inspections. The person reading this report should in no way rely on this assignment or construe it as a professional home inspection, environmental inspection, roof inspection, or a report as to the soundness of the structure. These are separate reports performed by qualified professionals in their field of expertise. These items are not included in the scope of work for the appraiser for this assignment.**

The intended use for this appraisal is for lending purposes only. The only intended user of this report is the stated LENDER/CLIENT near the top of the first page of this report and their assigns. This report is not to be used for any other purpose without written permission from the appraiser regardless of certification #23&#25. The Arizona Court is bound by KUEHN V. STANLEY, 208 ARIZ,124,91 P.3D 346 (APP.2004) AND HOFFMAN V GREENBERG, 159 ARZ. 377,767 P.2D 725 (APP.1988). These cases decided that appraisers do NOT owe a duty to buyers or any other unintended user for an unintended use.

*(ADDITIONAL COMMENTS — blank lined area)*

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    Available residential lots within the subject neighborhood have historically been builder developed and built out with single family residence by that builder. As a result, vacant residential lot sale are virtually non existent. On this basis, The Appraiser has utilized the land residual technique in the estimating the value of the subject site.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 75,000 |
|---|---|---|---|---|---|
| Source of cost data  MARSHALL & SWIFT COST SERVICE 2008 | DWELLING | 4,917 Sq.Ft. @ $ | 72.35 | =$ | 355,745 |
| Quality rating from cost service  Average  Effective date of cost data  4th Quarter 08 | | Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Cov. Patio, Cov. Porch, Balcony, Pool,Bas Ct. | | | =$ | 45,632 |
| THE COST APPROACH HAS BEEN TAKEN, IN PART, FROM | Garage/Carport | 727 Sq.Ft. @ $ | 31.28 | =$ | 22,741 |
| MARSHALL AND SWIFT AND ENHANCED BY APPRAISER | Total Estimate of Cost-New | | | =$ | 424,118 |
| KNOWLEDGE OF THE LOCAL MARKET, BUILDERS AND LOCAL | Less  Physical | Functional | External | | |
| CONTRACTORS. LOT VALUE WAS DERIVED FROM THE RESIDUAL | Depreciation  7,083 | 5,000 | | =$ | 12,083 |
| METHOD AND ALLOCATION METHODS. Subject pool is an | Depreciated Cost of Improvements | | | =$ | 412,035 |
| overimprovement and is adjusted for in the cost approach to value. | "As-is" Value of Site Improvements | | | =$ | 15,000 |
| | | | | | |
| Estimated Remaining Economic Life (HUD and VA only)    59 Years | INDICATED VALUE BY COST APPROACH | | | =$ | 502,035 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | N/A | X Gross Rent Multiplier | N/A | = $ | N/A | Indicated Value by Income Approach |
|---|---|---|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)    THE INCOME APPROACH HAS BEEN DETERMINED TO BE NOT APPLICABLE DUE TO A LACK OF VIABLE RENTAL DATA WITHIN THE NEIGHBORHOOD.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No    Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project    n/a

| Total number of phases  n/a | Total number of units  n/a | Total number of units sold  n/a |
|---|---|---|
| Total number of units rented  n/a | Total number of units for sale  n/a | Data source(s)  n/a |

Was the project created by the conversion of existing building(s) into a PUD?    ☐ Yes  ☒ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?    ☐ Yes  ☒ No  Data Source  MLS

Are the units, common elements, and recreation facilities complete?    ☒ Yes    ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?    ☐ Yes  ☒ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.    Common landscaping.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report    File # 20139499/09vb

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

File # 20139499/09vb

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # 20139499/09vb

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature  *Joe Blagg* | Signature _____ |
| Name  Joe Blagg | Name _____ |
| Company Name  Blagg Appraisal Company Ltd | Company Name _____ |
| Company Address  1943 E. Vista Dr, Phoenix, AZ 85022 | Company Address _____ |
| Telephone Number  (602) 788-0773 | Telephone Number _____ |
| Email Address  joe@blaggappraisals.com | Email Address _____ |
| Date of Signature and Report  February 17, 2009 | Date of Signature _____ |
| Effective Date of Appraisal  2/15/2009 | State Certification # _____ |
| State Certification #  20215 | or State License # _____ |
| or State License # _____ | State _____ |
| or Other (describe) _____  State # _____ | Expiration Date of Certification or License _____ |
| State  AZ | |
| Expiration Date of Certification or License  8/30/2010 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 26703 N. 90th Lane | Date of Inspection _____ |
| Peoria, AZ 85383-4641 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  458,000 | Date of Inspection _____ |
| LENDER/CLIENT | |
| Name  Pam/ Jason | COMPARABLE SALES |
| Company Name  Landstone Mortgage LLC | |
| Company Address  21023 N. Cave Creek Road #1, Phoenix, AZ | ☐ Did not inspect exterior of comparable sales from street |
| 85050 | ☐ Did inspect exterior of comparable sales from street |
| Email Address  Pam@azmtg.net | Date of Inspection _____ |

# Uniform Residential Appraisal Report

File # 20139499/09vb

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 26703 N. 90th Lane | 8953 W. Bent Tree Drive | | 26808 N. 94th Avenue | | | |
| | Peoria, AZ 85383-4641 | Peoria, AZ. 85383 | | Peoria, AZ. 85383 | | | |
| Proximity to Subject | | 0.60 miles NW | | 0.11 miles NE | | | |
| Sale Price | $ n/a | | $ 610,000 | | $ 410,000 | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 127.00 sq.ft. | | $ 83.38 sq.ft. | | sq.ft. | |
| Data Source(s) | | MLS#3000365/dckt#080566146 | | MLS#4068861/Pending sale | | | |
| Verification Source(s) | | ASN 201-37-253/DOM 397 days | | ASN 201-39-443/DOM 111 days | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Cash | | Pending sale | | | |
| Concessions | | Prevailing Rates | | at list price | | | |
| Date of Sale/Time | | 7/31/2008 | | Pending sale | | | |
| Location | Good | Superior/Gated | -15,000 | Good | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | Apx. 26,639 sq ft | Apx. 10,716sqft | +15,000 | Apx. 12, 617 sqf | +15,000 | | |
| View | Good/Mtn Views | SuperiorElevVie | -55,000 | Good/MntViews | | | |
| Design (Style) | 2 Story | 2 Story | | 2 Story | | | |
| Quality of Construction | FrmStc/TleRf | Frm/Stc/TileRf | | Frm/Stc/Tile Rf | | | |
| Actual Age | 3yrs/2006 | 4yrs/2005 | | 4yrs/2005 | | | |
| Condition | Good | Good | | Good | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10 5 4.5 | 11 5 4.5 | | 10 4 4 | +2,500 | | |
| Gross Living Area | 4,917 sq.ft. | 4,803 sq.ft. | +5,700 | 4,917 sq.ft. | 0 | sq.ft. | |
| Basement & Finished | none | none | | none | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Refrig. | Refrig | | Refrig | | | |
| Energy Efficient Items | Standard | Standard | | Standard | | | |
| Garage/Carport | 3/Garage | 3/Garage | | 3/Garage | | | |
| Porch/Patio/Deck | ExtCov/Patio/Ba | CovPatio/CovP | | Cov Patio/CovP | | | |
| Fireplace | 1 Fireplace | 2 Fireplaces | -3,500 | 2 Fireplaces | -3,500 | | |
| Pool | Pool/spa/Court | Pool/no spa | +5,000 | No Pool/no spa | +25,000 | | |
| Upg. Features | Upg. Features | Superior | -25,000 | Similar | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -72,800 | ☒ + ☐ - $ | 39,000 | ☐ + ☐ - $ | |
| Adjusted Sale Price | | Net Adj. 11.9 % | | Net Adj. 9.5 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 20.4 % $ | 537,200 | Gross Adj. 11.2 % $ | 449,000 | Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 10/5/2006 | 4/23/08 | 10/21/2008 | |
| Price of Prior Sale/Transfer | $713,551 | Trustee sale | Trustee sale | |
| Data Source(s) | dckt#061321196 | dckt#08035982 | dckt#080903993 | |
| Effective Date of Data Source(s) | 2/15/2009 | 2/15/2009 | 2/15/2009 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    Comp #4 has sold once in the past 12 months. Comp #5 has not sold in
the past 12 months per mls and tax records.

Analysis/Comments    IN COMPLIANCE WITH NEW REQUIREMENTS FROM MAJOR LENDERS, EVERY EFFORT HAS BEEN MADE TO USE
COMPARABLE SALES THAT HAVE CLOSED IN THREE MONTHS PRIOR TO THIS REPORT. IF A SALE IS OLDER THAN 90 DAYS, THEN
NO OTHER MORE SIMILAR COMPARABLE WAS AVAILABLE IN THAT TIME FRAME. WHEN POSSIBLE, ACTIVE LISTINGS AND/OR
PENDING SALES HAVE BEEN INCLUDED TO FURTHER DEMONSTRATE THE CURRENT MARKET CONDITIONS IN THE SUBJECT
MARKET AREA.

The sales reported are the most recent closed sales and after all necessary adjustments appear to reasonable reflect the current market. Comps
#1&3 are less than 6 months old and comp #2 is just over 6 months old. There are the most recent and pertinent sales available.

Comp #1 is a smaller model with a inferior lot size. This home is located just over a mile away but is in a similar neighborhood so no location
adjustment was needed.

Comp #2 has a inferior lot size and similar interior features.

Comp #3 is located in a superior gated community. Comp #3 has superior elevated views. Comp #3 has superior flooring, baths, granite requiring a
features adjustment.

Comp #4 is located in a superior gated community. Comp #4 has superior elevated views. Comp #4 also has superior flooring, baths, and granite.

Comp #5 is a pending sale from the subject subdivision. Comp #5 has equal views. Inferior lot size. Comp #5 has similar interior features.

Comps 3 and 4 have net adjustments over 15% but still are pertinent sales.

Most weight was given to comps 1, 2 and 5 with secondary weight given to comps 3 and 4 in the final reconciliation of value.

Freddie Mac Form 70 March 2005

Fannie Mae Form 1004 March 2005

# Building Sketch

| Borrower/Client | Rippy, Ryan & Brande | | | | |
|---|---|---|---|---|---|
| Property Address | 26703 N. 90th Lane | | | | |
| City | Peoria | County Maricopa | State AZ | Zip Code 85383-4641 | |
| Lender | Landstone Mortgage LLC | | | | |



## Plat Map

| Borrower/Client | Rippy, Ryan & Brande | | | | |
|---|---|---|---|---|---|
| Property Address | 26703 N. 90th Lane | | | | |
| City | Peoria | County | Maricopa | State AZ | Zip Code 85383-4641 |
| Lender | Landstone Mortgage LLC | | | | |



# Location Map

| Borrower/Client | Rippy, Ryan & Brande | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 26703 N. 90th Lane | | | | | |
| City | Peoria | County | Maricopa | State | AZ | Zip Code 85383-4641 |
| Lender | Landstone Mortgage LLC | | | | | |



# USPAP COMPLIANCE ADDENDUM

File No.: 20139499/09vb

| | | | |
|---|---|---|---|
| Borrower Rippy, Ryan & Brande | | Order # | |
| Property Address 26703 N. 90th Lane | | | |
| City Peoria | County Maricopa | State AZ | Zip Code 85383-4641 |
| Lender/Client Landstone Mortgage LLC | | Client Reference # | |

*Only those items checked X apply to this report.*

## PURPOSE, FUNCTION AND INTENDED USE OF THE APPRAISAL

☐ The purpose of the appraisal is to provide an opinion of market value of the subject property as defined in this report, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of the report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for lending purposes. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use, is prohibited.

☐ The purpose of the appraisal is to provide an opinion of market value of the subject property as defined in this report, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of the report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for Real Estate Owned (REO) purposes. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use, is prohibited.

☒ The purpose of the appraisal is to  provide an opinion of market valu , on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of this report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for  lending purposes only  . The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use is prohibited.
NOTE: The intended user is the stated client at the top of the first page of this report and their assigns for lending purposes.

## TYPE OF APPRAISAL AND APPRAISAL REPORT

☒ This is a  Complete  Appraisal written in a  Summary  Report format and the USPAP Departure Rule has not been invoked.
☐ This is a Limited Appraisal written in a _____ Report format and the USPAP Departure Rule has been invoked as disclosed in the body or addenda of the report. The client has agreed that a Limited Appraisal is sufficient for its purposes.

## SCOPE (EXTENT) OF REPORT

☒ the appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales, listings, and/or rentals within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion. The extent of analysis applied to this assignment may be further imparted within the report, the Appraiser's Certification below and/or any other Statement of Limiting Conditions and Appraiser's Certification such as may be utilized within the Freddie Mac form 439 or Fannie Mae form 1004b (dated 6/93), when applicable.

## MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

☒ A reasonable marketing time for the subject property is  90-180  day(s) utilizing market conditions pertinent to the appraisal assignment
☒ A reasonable exposure time for the subject property is  90-180  day(s) utilizing market conditions pertinent to the appraisal assignment

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The report analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and nor personal interest with respect to the parties involved, unless otherwise stated within the report.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- I have ☒ or have not ☐ made a personal inspection of the property that is the subject of this report. (If more than one person signs this report, this certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraisal property.)
- No one provided significant professional assistance to the person signing this report. (If there are exceptions, the name of each individual providing significant professional assistance must be stated.)

*NOTE: In the case of any conflict with a client provided certification (i.e., Fannie Mae or Freddie Mac), this revised certification shall take precedence*

## APPRAISER'S AND SUPERVISORY APPRAISER'S SIGNATURE

**APPRAISER**

Signature: *Joe Blagg*
Name: Joe Blagg
Date of Report (Inspection): 2/15/2009
State License/Certification #: 20215
State of License/Certification: AZ
Expiration Date of License/Certification: 8/30/2010

**SUPERVISORY-APPRAISER** (only if required)

Signature: _____
Name: _____
Date of Report (Inspection): _____
State License/Certification #: _____
State of License/Certification: _____
Expiration Date of License/Certification: _____

☐ Did inspect subject property   ☐ Inspected Comparables
☐ Interior & Exterior   ☐ Interior & Exterior
☐ Exterior only   ☐ Exterior only

USPAP Compliance Addendum - 4/99

Joe Blagg
Form FAUCA — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Rippy, Ryan & Brande | | | | |
| Property Address | 26703 N. 90th Lane | | | | |
| City | Peoria | County Maricopa | | State AZ | Zip Code 85383-4641 |
| Lender | Landstone Mortgage LLC | | | | |



### Subject Front

26703 N. 90th Lane
| | |
|---|---|
| Sales Price | n/a |
| G.L.A. | 4,917 |
| Tot. Rooms | 10 |
| Tot. Bedrms. | 5 |
| Tot. Bathrms. | 4.5 |
| Location | Good |
| View | Good/Mtn Views |
| Site | Apx. 26,639 sq ft |
| Quality | FrmStc/TleRf |
| Age | 3yrs/2006 |



### Subject Rear



### Subject Street

## Subject Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Rippy, Ryan & Brande | | | | | |
| Property Address | 26703 N. 90th Lane | | | | | |
| City | Peoria | County | Maricopa | State | AZ | Zip Code | 85383-4641 |
| Lender | Landstone Mortgage LLC | | | | | |



### Subject Interior

| | |
|---|---|
| 26703 N. 90th Lane | |
| Sales Price | n/a |
| G.L.A. | 4,917 |
| Tot. Rooms | 10 |
| Tot. Bedrms. | 5 |
| Tot. Bathrms. | 4.5 |
| Location | Good |
| View | Good/Mtn Views |
| Site | Apx. 26,639 sq ft |
| Quality | FrmStc/TleRf |
| Age | 3yrs/2006 |



### Subject Interior



### Butler's Pantry

## Subject Photo Page

| Borrower/Client | Rippy, Ryan & Brande | | | | |
|---|---|---|---|---|---|
| Property Address | 26703 N. 90th Lane | | | | |
| City | Peoria | County Maricopa | State AZ | Zip Code 85383-4641 |
| Lender | Landstone Mortgage LLC | | | | |



### Subject Interior

26703 N. 90th Lane
| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 4,917 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.5 |
| Location | Good |
| View | Good/Mtn Views |
| Site | Apx. 26,639 sq ft |
| Quality | FrmStc/TleRf |
| Age | 3yrs/2006 |



### Subject Living Room



### Subject Family Room

## Subject Photo Page

| Borrower/Client | Rippy, Ryan & Brande | | | | |
|---|---|---|---|---|---|
| Property Address | 26703 N. 90th Lane | | | | |
| City | Peoria | County Maricopa | | State AZ | Zip Code 85383-4641 |
| Lender | Landstone Mortgage LLC | | | | |



**Subject Basketball Court**

26703 N. 90th Lane
| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 4,917 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.5 |
| Location | Good |
| View | Good/Mtn Views |
| Site | Apx. 26,639 sq ft |
| Quality | FrmStc/TleRf |
| Age | 3yrs/2006 |



**Subject Custom Grill**



**Subject Backyard**

## Subject Photo Page

| Borrower/Client | Rippy, Ryan & Brande | | | | |
|---|---|---|---|---|---|
| Property Address | 26703 N. 90th Lane | | | | |
| City | Peoria | County Maricopa | | State AZ | Zip Code 85383-4641 |
| Lender | Landstone Mortgage LLC | | | | |



### Subject Pool

26703 N. 90th Lane

| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 4,917 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.5 |
| Location | Good |
| View | Good/Mtn Views |
| Site | Apx. 26,639 sq ft |
| Quality | FrmStc/TleRf |
| Age | 3yrs/2006 |



**Subject Spa**



**Subject Pool Bar**

## Subject Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Rippy, Ryan & Brande | | | | |
| Property Address | 26703 N. 90th Lane | | | | |
| City | Peoria | County Maricopa | State AZ | Zip Code 85383-4641 |
| Lender | Landstone Mortgage LLC | | | | |



### Subject Mountain Views

26703 N. 90th Lane

| | |
|---|---|
| Sales Price | n/e |
| Gross Living Area | 4,917 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.5 |
| Location | Good |
| View | Good/Mtn Views |
| Site | Apx. 26,639 sq ft |
| Quality | FrmStc/TleRf |
| Age | 3yrs/2006 |



### Subject Mountain Views



### Subject Front Entry

## Comparable Photo Page

| Borrower/Client | Rippy, Ryan & Brande | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 26703 N. 90th Lane | | | | | |
| City | Peoria | County | Maricopa | State | AZ | Zip Code 85383-4641 |
| Lender | Landstone Mortgage LLC | | | | | |



### Comparable 1

26583 N. 90th Avenue
Prox. to Subj. 1.04 miles NW
Sales Price    399,000
G.L.A.         4,543
Tot. Rooms     11
Tot. Bedrms.   5
Tot. Bathrms.  4.5
Location       Good
View           Good/MntnView
Site           Apx. 10,4000
Quality        FrmStc/TleRf
Age            3yrs/2004



### Comparable 2

26856 N. 90th Drive
Prox. to Subj. 0.12 miles NW
Sales Price    424,900
G.L.A.         4,917
Tot. Rooms     10
Tot. Bedrms.   5
Tot. Bathrms.  4.5
Location       Good
View           GoodMntnVies
Site           Apx. 13,925 sqt
Quality        FrmStc/TleRf
Age            4yrs/2005



### Comparable 3

27453 N. 86th Lane
Prox. to Subj. 0.62 miles NE
Sales Price    600,000
G.L.A.         5,192
Tot. Rooms     11
Tot. Bedrms.   6
Tot. Bathrms.  5.5
Location       Superior/Gated
View           SupGood/Mntn
Site           Apx. 14,580 sqft
Quality        FrmStc/TleRf
Age            3yrs/2006

# Comparable Photo Page

| Borrower/Client | Rippy, Ryan & Brande | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 26703 N. 90th Lane | | | | | |
| City | Peoria | County | Maricopa | State | AZ | Zip Code 85383-4641 |
| Lender | Landstone Mortgage LLC | | | | | |



## Comparable 4

8953 W. Bent Tree Drive

| | |
|---|---|
| Prox. to Subject | 0.60 miles NW |
| Sales Price | 610,000 |
| Gross Living Area | 4,803 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.5 |
| Location | Superior/Gated |
| View | SuperiorElevVie |
| Site | Apx. 10,716sqft |
| Quality | Frm/Stc/TileRf |
| Age | 4yrs/2005 |



## Comparable 5

26808 N. 90th Avenue

| | |
|---|---|
| Prox. to Subject | 0.11 miles NE |
| Sales Price | 410,000 |
| Gross Living Area | 4,917 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Good |
| View | Good/MntViews |
| Site | Apx. 12, 617 sqf |
| Quality | Frm/Stc/Tile Rf |
| Age | 4yrs/2005 |
| | |
| Note | This is a pending sale |

## Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |