Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceeding Under Chapter 11 |
| Ryan Timothy Rippy | |
| Brande Lynn Rippy | Case No. 09-02023 RTB |
| Debtors. | |
| | Adv. No. 09-00640 RTB |
| Ryan Timothy Rippy | |
| Brande Lynn Rippy | |
| Plaintiffs. | CERTIFICATE OF SERVICE AND MAILING |
| v. | |
| National City Mortgage and/or its assignees or successors | |
| Defendant. | |

R. Scott Graves, hereby states as follows:

I am a paralegal employed by Allan D. NewDelman, P.C. to represent the Debtors; that I am over the age of eighteen (18) years of age; that on the 11th day of June, 2009 I caused to be deposited in the United States Mail, postage prepaid, a copy of the Summons In An Adversary Proceeding issued by the Clerk of the Court on June 11, 2009 and a copy of the Complaint to

Determine the Validity, Priority or Extent of a Lien or Other Interest in Property, filed on June 10, 2009 to the following parties.

National City Bank
P.O. Box 8800
Dayton, OH 45401-8800
Defendant

Mark S. Bosco, Esquire
Tiffany & Bosco, P.A.
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
Chapter 11 Counsel for National City Mortgage

Ryan Timothy Rippy and Brande Lynn Rippy
202 South Arroyo Drive
Payson, AZ 85541
Debtors/Plaintiffs

  Dated this 11th day of June, 2009.

                ALLAN D. NEWDELMAN, P.C.


                /s/ R. Scott Graves
                R. Scott Graves
                Paralegal for Attorney for Debtors/Plaintiffs