Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtors

**Dated: September 08, 2009**

REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceeding Under |
| | Chapter 11 |
| Ryan Timothy Rippy | |
| Brande Lynn Rippy | Case No. 09-02023 RTB |
| | |
| Debtors. | |
| | Adv. No. 09-00640 RTB |
| | |
| Ryan Timothy Rippy | |
| Brande Lynn Rippy | JUDGMENT |
| | |
| Plaintiffs. | |
| | |
| v, | |
| | |
| National City Mortgage and/or | |
| its assignees or successors | |
| | |
| Defendant. | |

This matter comes before the Court on the Plaintiffs' Application for Default Judgment against the Defendant, National City Mortgage and/or its assignees or successors . The Defendant having been served with a copy of the Summons and Complaint on June 11, 2009 and no timely response was filed, the Court finds that the Plaintiff is entitled to a default judgment in this

matter.

The Court finds that the value of the real property located at 26703 North 90th Lane, Peoria, AZ 85383 (the "Property") with a legal description as follows:

Lot 71, Westwing Mountain Phase II, Parcel 19, According to Book 693 of Maps, Page 16, Records of Maricopa County, Arizona.

to be $458,000.00. The Property is secured by a first mortgage lien in favor of National City Mortgage ("NCM") in the amount of $745,887.49. The Court finds that the Defendant's mortgage lien is secured to the extent of $458,000.00. Based on the findings by this Court;

IT IS HEREBY ORDERED that a judgment be entered in favor of the Plaintiffs against Defendant, National City Mortgage and/or its assignees or successors.

IT IS FURTHER ORDERED that the Defendant's mortgage lien as stated in its Deed of Trust dated December 1, 2006 and recorded on December 6, 2006 with the Maricopa County Recorder's Office, No. 2006-1597018 is hereby reduced to the sum of $458,000.00.

IT IS FURTHER ORDERED ~~that this Order may be recorded and shall have the effect of~~ that the lien shall be modified to reflect the secured amount of $458,000.00 only upon ~~modifying the lien on the public records.~~ the entry of discharge.

IT IS FINALLY ORDERED that this Order is a FINAL Order.

SIGNED AND DATED ABOVE.